IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02011-LTB

CHARLES SHIRLEY,

    Applicant,

v.

JOHN DAVIS, Warden of Buena Vista C.F.

    Respondent.

## JUDGMENT

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on September 5, 2012, it is hereby

    ORDERED that Judgment is entered in favor of Respondent and against Applicant.

    DATED at Denver, Colorado, this 5 day of September, 2012.

    FOR THE COURT,

    GREGORY C. LANGHAM, Clerk

    By: s/L. Gianelli
        Deputy Clerk